**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Mario ESCUTIA–VASQUEZ, a.k.a.**
**"Lucas", a.k.a. FNU LNU # 10,**
**Defendant–Appellant.**

**No. 10–12439**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Feb. 15, 2011.

Lisa Wilson Tarvin, Lawrence R. Sommerfeld, Geroge Jeffrey Viscomi, Bret R. Williams, Sally Yates, U.S. Attorney's Office, Atlanta, GA, for Plaintiff–Appellee.

Mary Erickson, Decatur, GA, Alexander J. Repasky, Attorney at Law, Marietta, GA, for Defendant–Appellant.

Before TJOFLAT, MARTIN and KRAVITCH, Circuit Judges.

PER CURIAM:

Mary Erickson, appointed counsel for Mario Escutia–Vasquez in this direct criminal appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED,** and Escutia–Vasquez's convictions and sentences are **AFFIRMED.**